Commonwealth *v.* Nelson, Appellant.

Submitted September 13, 1971. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Norris E.*

*Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.